**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  1

**Case Number:**  09-21483 LMI
**Case Name:**  Fontainebleau Las Vegas Capital Corp

**Period Ending:**  03/31/25

**Trustee:**  SONEET R. KAPILA, TRUSTEE
**Filed (f) or Converted (c):**  04/12/10 (c)
**§341(a) Meeting Date:**  05/27/10
**Claims Bar Date:**  08/25/10

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK 10.25% SECOND MORTGAGE NOTES | 0.00 | 0.00 | | 0.00 | FA |
| 2 | WELLS FARGO BANK - SECOND MORTGAGE PROCEEDS (u) | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**

CBD: 8/25/10- CLAIM OBJECTIONS IN PROGRESS
TAX RETURN STATUS: NO RETURNS REQUIRED  (SINGLE MEMBER LLC'S NOT REQUIRED TO FILE FEDERAL RETURNS)

CASE STATUS: THIS CASE IS JOINTLY ADMINISTERED WITH:
FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC
FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC
FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC
FONTAINEBLEAU LAS VEGAS RETAIL, LLC
FONTAINEBLEAU LAS VEGAS CAPITAL CORP.

CLAIM ADJUDICATION CONTINUES TO PROGRESS FOR THE CONSOLIDATED DEBTORS. THE TRUSTEE IS WRAPPING UP THE CASE FOR CLOSING.

**Initial Projected Date of Final Report (TFR):**  December 31, 2014          **Current Projected Date of Final Report (TFR):**  December 31, 2025

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case